BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Hill's Pet Nutrition Dog Food Recall Litigation | MDL No. _____ |

### PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407, plaintiff John Navarrete in the Northern District of California action, No. 3:19-cv-00767, and plaintiffs Ann Bauer, Forrest Cleveland, Kimberly Mull, Jill Cole, Lorie Pritchard, Karen Guinen, Donna Lee Soltis, Lyn Shanley, Yasser Daoudi, and Wendy Henry in the Northern District of California action, No. 3:19-cv-00908 (collectively, "Plaintiffs"), respectfully move for transfer and consolidation of the civil actions listed in the Schedule of Actions, filed herewith.

For the reasons set forth in Plaintiffs' accompanying Memorandum in Support, Plaintiffs respectfully request the U.S. Judicial Panel on Multidistrict Litigation to issue an order transferring the six actions listed in the accompanying Schedule of Actions, as well as any subsequently filed tag-along actions, to the U.S. District Court for the Northern District of California, before Judge William H. Alsup, for consolidated pretrial proceedings.

DATE: February 20, 2019                    SCHUBERT JONCKHEER & KOLBE LLP

                                           BY:   /s/ Noah M. Schubert

Robert C. Schubert
Willem F. Jonckheer
Noah M. Schubert
Kathryn Y. Schubert
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law
kschubert@sjk.law

*Attorneys for Plaintiffs John Navarrete,
Ann Bauer, Forrest Cleveland, Kimberly Mull,
Jill Cole, Lorie Pritchard, Karen Guinen,
Donna Lee Soltis, Lyn Shanley, Yasser Daoudi,
and Wendy Henry, Individually and on Behalf
of All Others Similarly Situated*