BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*******************************************
In re Hill's Pet Nutrition, Inc. Dog Food Products     *
Liability Litigation                                    *     MDL No. 2887
                                                        *
*******************************************

# PLAINTIFF DAVID HESS'S INTERESTED PARTY RESPONSE IN PARTIAL SUPPORT AND PARTIAL OPPOSITION TO MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

Plaintiff in *Hess v. Hill's Pet Nutrition, Inc.,* No. 19-cv-2171 (D. Kan.) (filed April 2, 2019), by and through his undersigned Counsel, respectfully submits this memorandum in partial support and partial opposition to Plaintiffs *Navarrete* and *Bauer*'s Motion For Transfer Of Actions To The Northern District of California Pursuant To 28 U.S.C. § 1407 (MDL No. 2887, Doc. 1). Plaintiff Hess agrees with Plaintiffs *Navarrete* and *Bauer*'s Motion that the now twenty-one pending actions in this multidistrict proceeding should be transferred for coordinated or consolidated pretrial proceedings. However, Plaintiff Hess disagrees that the proceedings should be consolidated in the Northern District of California. Instead, Plaintiff Hess agrees with the *Johnson/Palifrone* (Doc. 22) and *Alberto* (Doc. 30) plaintiffs that all pending actions, as well as any related cases that may be filed subsequently, should be consolidated in the United States District Court for the District of Kansas.

Centralization under 28 U.S.C. § 1407 in the District of Kansas will serve the convenience of the parties and witnesses. First, there is a critical mass of cases pending in the District of Kansas. Specifically, seven of the twenty actions before this Panel are already pending in the District of Kansas: *Hess v. Hill's Pet Nutrition, Inc.* No. 19-cv-2171 (D. Kan.), *Teegarden v. Hill's Pet Nutrition, Inc.*, No. 19-cv-2181 (D. Kan.), *Johnson & Palifrone v. Hill's Pet Nutrition, Inc.,* No. 19-cv-2118 (D. Kan.), *Brown v. Hill's Pet Nutrition, Inc.,* No. 19-cv-2110 (D. Kan.), *Alberto v. Hill's Pet Nutrition, Inc.,* No. 19-cv-02135 (D. Kan.), *Schwegmann v. Hill's Pet Nutrition, Inc.*, No. 19-cv-2149 (D. Kan.), and *Johnson, Raines, & Vanwinsen v. Hill's Pet Nutrition, Inc.,* No. 19-cv-02121 (D. Kan.). Importantly, the District of Kansas is also where

Defendant is headquartered and where most of the key witnesses and documents are located.

Centralization in the District of Kansas will also promote the just and efficient use of judicial resources and substantially reduce litigation costs. All of the actions before this Panel involve common questions of fact and law concerning Defendant's manufacture, distribution, advertisement, and sale of its Prescription and Science Diet-brand dog foods, which contained hazardous levels of vitamin D. At this time, there are *twenty* actions from *eleven* different districts containing similar allegations, which is more than sufficient to support consolidation. *See generally*, *In re Wesson Oil Mktg. & Sales Practices Litig.*, No. 2:11- cv-04038 (J.P.M.L. Oct. 13, 2011) (ordering transfer and consolidation where five related cases in two separate districts were before the Panel). Plaintiffs in the twenty related actions are represented by dozens of different law firms. Thus, the potential for informal coordination and cooperation between the parties in the existing actions would be difficult and is unlikely.

Failure to transfer and coordinate or consolidate these actions pursuant to 28 U.S.C.§ 1407 will result in judicial inefficiency. Defendant's alternatives, such as transfer pursuant to 28 U.S.C. § 1404, would require the litigation of separate transfer motions in ten different districts, which may or may not succeed in centralizing all of the cases. Such a circumstance would exemplify precisely what § 1407 seeks to alleviate – the wasteful litigation of similar cases, with overlapping classes, all over the country. The Panel can effectively eliminate such inefficiency by granting the present Motion.

In addition, the District of Kansas has many jurists who could handle this matter capably, many of whom have significant MDL experience. For example, Judges John W. Lungstrum and Daniel D. Crabtree have significant experience as transferee judges. *See In re: Syngenta AG MIR162 Corn Litig.*, 65 F. Supp. 3d 1401, 1402 (J.P.M.L. 2014) ("By assigning this litigation to Judge John W. Lungstrum, we select a transferee judge who is well-versed in the nuances of complex, multidistrict litigation."); *In re Epipen (Epinephrine Injection, USP) Mktg., Sales Practices & Antitrust Litig.*, 268 F. Supp. 3d 1356, 1360 (J.P.M.L. 2017) ("Further, centralization in the District of Kansas enables us to assign this litigation to the Honorable

Daniel D. Crabtree, an able jurist who we are confident will steer this litigation on an efficient and prudent course."). Judge Carlos Murguia, who was assigned the first-filed case in the District of Kansas and who was referenced in prior submissions, is also well-suited to manage this litigation.

Further, the District of Kansas has more favorable docket conditions than other proposed transferee courts. For example, the Northern District of California currently has nineteen MDLs, compared to two in the District of Kansas[1], pointing to a more expeditious resolution of this matter if proceedings are consolidated in Kansas.

For the foregoing reasons, Plaintiff Hess respectfully requests that the Panel grant the present Motion for Transfer, and enter an Order transferring all related actions, as well as any related cases that may be filed subsequently, to the District of Kansas for coordination or consolidation pursuant to 28 U.S.C. § 1407.

Dated: April 12, 2019

Respectfully submitted,

By: /s/ Joseph I. Marchese

Joseph I. Marchese
Andrew J. Obergfell
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY
10019 Tel: (646)
837-7150
Fax: (212) 989-9163
E-Mail: jmarchese@bursor.com
aobergfell@bursor.com

Thomas P. Cartmell (KS # 17020)
Sarah S. Ruane (KS # 23015)
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Ave. Ste. 300
Kansas City, MO 64112
Tel: 816-701-1100
Fax: 816-531-2372
tcartmell@wcllp.com
sruane@wcllp.com
bwicklund@wcllp.com

*Counsel for Plaintiff David Hess*

---

[1] Federal Court Management Statistics (December 31, 2018), available at
https://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2018/12/31-1.

# PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 12, 2019 I caused to be served a true and correct copy of the foregoing PLAINTIFF DAVID HESS'S INTERESTED PARTY RESPONSE IN PARTIAL SUPPORT AND PARTIAL OPPOSITION TO MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 upon the counsel listed on the attached Service list *via* CM/ECF and U.S. Mail.

DATED: April 12, 2019

Respectfully submitted,

/s/ *Joseph I. Marchese*
Joseph I. Marchese
**BURSOR & FISHER, P.A.**
888 7th Avenue
New York, New York 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: jmarchese@bursor.com

*Counsel for Plaintiff David Hess*

IN RE: HILL'S PET NUTRITION, INC.,
DOG FOOD PRODUCTS LIABILITY LITIGATION MDL NO. 2887

**SERVICE LIST**

*Ann Bauer, Jill Cole, Forrest Cleveland, Yasser Daoudi, Karen Guinen, Wendy Henry, Kimberly Mull, Lorie Pritchard, Lyn Shanley, Donna Lee Soltis, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 3:19-cv-00908 (N.D. California)*

| | |
|---|---|
| Robert C. Schubert<br>Willem F. Jonckheer<br>Kathryn Yvette Schubert<br>Noah M. Schubert<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br>rschubert@sjk.law<br>wjonckheer@schubertlawfirm.com<br>kschubert@schubertlawfirm.com<br>nschubert@sjklaw.com | Anders Gilis<br>**PARKER HARVEY PLC**<br>901 South Garfield Ave, Suite 2000<br>Traverse City, MI 49686<br>Tel: (231) 929-4878<br>Fax: (231) 929-4182<br>agillis@parkerharvey.com |

*Kelly Bone, Christina Sawyer, and Janine Buckley, on behalf of themselves and all others similarly situated* v. *Hill's Pet Nutrition, Inc., Hill's Pet Nutrition Sales, Inc., and John Does 1-10, Case No. 1:19-cv-00831 (E.D. New York)*

| | |
|---|---|
| Joseph S. Tusa<br>**TUSA P.C.**<br>P.O. Box 566<br>Southold, NY 11971 Tel:<br>(631) 407-5100 and<br>150 Motor Parkway, Ste. 401<br>Hauppauge, New York 11788<br>Tel: (631) 407-5100<br>joseph.tusapc@gmail.com | Jennifer W. Sprengel<br>Nyran Rose Rasche<br>Daniel O. Herrera<br>John Scheflow<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>150 S. Wacker Dr., Suite 3000<br>Chicago, Illinois 60606<br>Tel: (312) 782-4880<br>Fax: (312) 782-4485<br>jsprengel@caffertyclobes.com<br>nrasche@caffertyclobes.com<br>dherrera@cafTertyclobes.com<br>jscheflow@caffertyclobes.com |

*Amanda Chapman, Betty Lee, and Diane McDaniel, an behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 3:19-cv-00070 (E.D. Tennessee, Knoxville Division)*

Gregory F. Coleman
Adam A. Edwards
Mark E. Silvey
Jeffrey H. Glaspie
William A. Ladnier
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
mark@gregcolemanlaw.com
jeff@gregcolemanlaw.com
will@gregcolemanlaw.com

*Georgeanne Hall individually and on behalf of a class of similarly situated individuals v. Hill's Pet Nutrition, Inc., and Hill's Pet Nutrition Sales, Inc., Case No. 2:19-cv-01423 (C.D. California, Western Division - Los Angeles)*

Rebecca A. Peterson
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
rapeterson@locklaw.com

Kevin A. Seely
Steven M. Mckany
**ROBBINS ARROYO LLP**
5040 Shoreham Place
San Diego, CA 92122
Tel: (619) 525-3990
Fax: (619) 525-3991
kseely@robbinsarroyo.com
smckany@robbinsarroyo.com

Conrad B. Stephens
**STEPHENS & STEPHENS LLP**
505 South McClelland Street
Santa Maria, CA 93454
Tel: (805) 922-1951
Fax: (805) 922-8013
conrad@stephensfirm.com

Charles J. Laduca
Katherine Van Dyck
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Tel: 202-789-3960
Fax: 202-789-1813
kvandyck@cuneolaw.com
charles@cuneolaw.com

| | |
|---|---|
| Joseph J. Depalma<br>Susana Cruz Hodge<br>**LITE DEPALMA GREENBERG, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br>jdepalma@litedepalma.com<br>scruzhodge@litedepalma.com | |

*Robert Hodsdon, on behalf of himself and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 3:19-cv-01130 (N.D. California, San Francisco/ Oakland Division)*

| | |
|---|---|
| Jonathan Shub<br>**KOHN, SWIFT & GRAF, P.C.**<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: 215-238-1700<br>jshub@kohnswift.com | Gary E. Mason<br>**WHITFIELD BRYSON & MASON,LLP**<br>5101 Wisconsin Avenue NW<br>Suite 305<br>Washington, DC 20016<br>Tel: 202-640-1168<br>Fax: 202-429-2294<br>gmason@wbmllp.com |

*Jennifer Jubinville, Jenna Sprengel, Kelli Cop pi, and Laura Freeman, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., and Hill's Pet Nutrition Sales, Inc., Case No. 1:19-cv-00074 (D. Rhode Island, Providence Division)*

| | |
|---|---|
| Fidelma L. Fitzpatrick<br>**MOTLEY RICE LLC**<br>55 Cedar Street, Suite 100<br>Providence, RI 02903<br>Tel: (401) 457-7700<br>Fax (401) 457-7708<br>ffitzpatrick@motleyrice.com | Kenneth A. Wexler<br>Bethany R. Turke<br>Umar Sattar<br>**WEXLER WALLACE LLP**<br>55 West Monroe Street,<br>Suite 3300<br>Chicago, IL 60603<br>Tel. (312) 346-2222<br>Fax: (312) 346-0022<br>kaw@wexlenvallace.com<br>brt@wexlenvallace.com<br>us@wexlenvallace.com |

*John Navarrete, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 3:19-cv-00767 (N.D. California, San Francisco/Oakland Division)*

| | |
|---|---|
| Robert C. Schubert<br>Willem F. Jonckheer<br>Kathryn Yvette Schubert<br>Noah M. Schubert<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br>rschubert@sjk.1aw<br>wjonckheer@sjk.law<br>kschubert@sjk.1aw | |

*Michael Russell and Jodi Russell, individually and on behalf of all others similarly situated* v. *Hill's Pet Nutrition, Inc., Case No. 3:19-cv-00395 (N.D. Florida, Pensacola Division)*

| | |
|---|---|
| Matthew D. Schultz<br>William F. Cash, III<br>**LEVIN, PAP ANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**<br>316 South Baylen Street, Suite 600<br>Pensacola, Florida 32503<br>Tel: (850) 435-7140<br>Fax: (850) 436-6140<br>mschultz@levinlaw.com<br>bcash@levinlaw.com | Michael R. Reese<br>George V. Granade<br>**REESE LLP**<br>100 West 93rd Street,<br>16th Floor<br>New York, New York 10025<br>Tel: (212) 643-0500<br>Fax: (212) 253-4272<br>mreese@reesellp.com<br>ggranade@reesellp.com |

*Jun Virginia Sun-Dampier, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., and Does 1-10, Case No. 3:19-cv-00819 (N.D. California, San Francisco/Oakland Division)*

| | |
|---|---|
| Stanley D. Saltzman<br>Adam M. Tamburelli<br>**MARLIN & SALTZMAN, LLP**<br>29800 Agoura Road, Suite 210<br>Agoura Hills, California 91301<br>Tel: (818) 991-8080<br>Fax: (818) 991-8081<br>ssa1tzman@mar1insa1tzman.com<br>atamburelli@marlinsaltzman.com | |

| *Kristina Johnson and Cliff Palifrone, on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 2:19-cv-2118 (D. Kansas)* ||
|---|---|
| Robert W. Coykendall<br>**MORRIS, LAING, EVANS, BROCK & KENNEDY, CHTD**<br>300 North Mead, Suite 200<br>Wichita, Kansas 67202<br>Tel (316) 262-2671<br>Fax (316) 262-6226<br>rcoykendall@morrislaing.com<br><br>Roy L. Jacobs<br>**ROY JACOBS & ASSOCIATES**<br>420 Lexington Avenue, Suite 2440<br>New York, New York 10170<br>Tel: (212) 867-1156<br>rjacobs@jacobsclasslaw.com | Laurence D. Paskowitz<br>**THE PASKOWITZ LAW FIRM P.C.**<br>208 East 51st Street, Suite 280<br>New York, New York 10165<br>Tel: (212) 685-0969<br>lpaskowitz@pasklaw.com<br><br>David N. Lake<br>**LAW OFFICES OF DAVID N. LAKE, PC**<br>16130 Ventura Boulevard, Suite 650<br>Encino, California 91436<br>Tel: (818) 788-5100<br>Fax: (818) 788-5199<br>david@lakelawpc.com |

| *David Johnson, Angelina Raines, and Kayla Vanwinsen on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 2:19-cv-2121 (D. Kansas)* ||
|---|---|
| John F. Edgar<br>Brendan M. McNeal<br>**EDGAR LAW FIRM, LLC**<br>2600 Grand Boulevard, Suite 440<br>Kansas City, Kansas 64108<br>Tel: (816) 531-0033<br>Fax: (816) 531-3322<br>jfe@edgarlawfinn.com<br>bmm@edgarlawfinn.com<br><br>Charles E. Schaffer<br>**LEVIN, SEDRAN & BERMAN, LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 191060<br>Tel: (215) 592-1500<br>Fax: (215) 592-4663<br>cschaffer@lfsblaw.com | Jeffrey S. Goldenberg<br>**GOLDENBERG SCHNEIDER L.P.A.**<br>One West Fourth Street, 18th Floor<br>Cincinnati, Ohio 45202<br>Tel: (513) 345-8291<br>Fax: (513) 345-8294<br>jgoldenberg@gs-legal.com |

*Jun Virginia Sun-Dampier, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 3:19-cv-00819 (D. Kansas)*

| | |
|---|---|
| Adam M. Tamburelli<br>Stanley D. Saltzman<br>**MARLIN & SALTZMAN LLP**<br>29800 Agoura Road<br>Suite 210<br>Agoura Hills, CA 91301<br>818-991-8080<br>Fax: 818-991-8081<br>atamburelli@marlinsaltzman.com<br>ssaltzman@marlinsaltzman.com | Robert C. Schubert<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>(415) 788-4220<br>Fax: (415) 788-0161<br>Email: rschubert@sjk.law |

*Joseph W. Brown, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 2:19-cv-02110 (D. Kansas)*

| | |
|---|---|
| Diana J. Zinser<br>**SPECTOR ROSEMAN KODROFF & WILLIS PC**<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>Email: dzinser@srkattorneys.com<br><br>JEFFREY L. KODROFF<br>**SPECTOR ROSEMAN KODROFF, P.C.**<br>2001 Market Streeet<br>Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>Email: jkodroff@srkattorneys.com<br><br>John A. Macoretta<br>**SPECTOR ROSEMAN KODROFF, P.C.**<br>2001 Market Streeet<br>Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>Email: jmacoretta@srkattorneys.com | Isaac L. Diel<br>**SHARP MCQUEEN PA - OP**<br>6900 College Blvd., Suite #285<br>Overland Park, KS 66211<br>913-661-9931<br>Fax: 913-661-9935<br>Email: idiel@sharpmcqueen.com |

*Ana Alberto, Janis Henderson, Anthony Heysquierdo, et al., on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 2:19-cv-02135 (D. Kansas)*

| | |
|---|---|
| Danielle Lynn Perry<br>**WHITFIELD BRYSON & MASON LLP**<br>5101 Wisconsin Avenue NW<br>Suite 305<br>Washington, DC 20016-4138<br>202-429-2290<br>Fax: 202-429-2294<br>Email: dperry@wbmllp.com<br><br>Gary Edward Mason<br>**WHITEFIELD BRYSON & MASON LLP**<br>5101 Wisconsin Ave Nw<br>Suite 305<br>Washington, DC 20001<br>202-429-2290<br>Fax: 202-4640-1164<br>Email: gmason@wbmllp.com | Isaac L. Diel<br>**SHARP MCQUEEN PA - OP**<br>6900 College Blvd., Suite #285<br>Overland Park, KS 66211<br>913-661-9931<br>Fax: 913-661-9935<br>Email: idiel@sharpmcqueen.com |

*Lisette Kra, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., et al., Case No. 1:19-cv-01444(D. Kansas)*

| | |
|---|---|
| Carlos Ramirez<br>**REESE LLP**<br>100 West 93rd St.<br>16th Floor<br>New York, NY 10025<br>212-643-0500<br>Fax: 212-253-4272<br>Email: cramirez@reesellp.com<br><br>George V Granade<br>**REESE LLP**<br>100 West 93rd Street 16th Floor<br>New York, NY 0025<br>212-643-0500<br>Fax: 212-253-4272<br>Email: ggranade@reesellp.com | Matthew D Schultz<br>**LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR PA**<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>850-435-7140<br>Fax: 850-436-6140<br>Email: mschultz@levinlaw.com<br><br>William F. Cash , III<br>**LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR PA**<br>316 S. Baylen Street<br>Suite 600 |

| | |
|---|---|
| Sue Nam<br>**REESE LLP**<br>100 West 93rd Street 16th Floor<br>New York, NY 0025<br>212-643-0500<br>Fax: 212-253-4272<br>Email: snam@reesellp.com<br><br>Michael R. Reese<br>**REESE LLP**<br>100 West 93rd Street<br>Sixteenth Floor<br>New York, NY 10025<br>(212) 643-0500<br>Fax: (212) 253-4272<br>Email: mreese@reeserichman.com | Pensacola, FL 32502<br>850-435-7059<br>Fax: 850-435-7020<br>Email: bcash@levinlaw.com |

*W. Allan Schwegmann, Jr., individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., et al., Case No. 1:19-cv-01444(D. Kansas)*

| | |
|---|---|
| Charles J. LaDuca<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Ave., NW<br>Suite 200<br>Washington, DC 20016<br>202-789-3960<br>Fax: 202-789-1813<br>Email: charlesl@cuneolaw.com<br><br>Katherine Van Dyck<br>**CUNEO GILBERT & LADUCA LLP**<br>4725 Wisconsin Ave., NW<br>Suite 200<br>Washington, DC 20016<br>(202) 789-3960<br>Email: kvandyck@cuneolaw.com<br><br>Joseph J. Depalma<br>**LITE, DEPALMA, GREENBERG, LLC**<br>Two Gateway Center<br>12th Floor<br>Newark, NJ 07102-5003<br>(973) 623-3000<br>Email: jdepalma@litedepalma.com<br><br>Susana Cruz Hodge | Ashlea G Schwarz<br>**PAUL LLP**<br>601 Walnut Street<br>Suite 300<br>Kansas City, MO 64106-1410<br>816-984-8100<br>Fax: 816-984-8101<br>Email: Ashlea@PaulLLP.com<br><br>Richard M Paul , III<br>**PAUL MCINNES LLP**<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>816-984-8100<br>Fax: 816-984-8101<br>Email: rick@paulllp.com<br><br>Kevin Andrew Seely<br>**ROBBINS ARROYO LLP**<br>600 B Street<br>Suite 1900<br>San Diego, CA 92101-4507<br>619-525-3990<br>Fax: 619-525-3991<br>Email: kseely@robbinsarroyo.com |

| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>570 Broad St.<br>Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br>Email: scruzhodge@litedepalma.com | Steven M. McKany<br>**ROBBINS ARROYO, LLP-CA**<br>Suite 1900<br>600 B Street<br>San Diego, CA 92101<br>619-525-3990<br>Fax: 619-525-3991<br>Email: smckany@robbinsarroyo.com<br><br>Robert K. Shelquist<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2159<br>(612) 339-6900<br>Email: rkshelquist@locklaw.com<br><br>Rebecca A. Peterson<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2159<br>612-339-6900<br>Fax: 612-339-0981<br>Email: rapeterson@locklaw.com |

*Stanley Conley, individually and on behalf of all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 2:19-cv-04363 (D. Kansas)*

| | |
|---|---|
| Danielle Lynn Perry<br>**WHITFIELD BRYSON & MASON LLP**<br>5101 Wisconsin Avenue NW<br>Suite 305<br>Washington, DC 20016-4138<br>202-429-2290<br>Fax: 202-429-2294<br>Email: dperry@wbmllp.com<br><br>Gary Edward Mason<br>**WHITEFIELD BRYSON & MASON LLP**<br>5101 Wisconsin Ave Nw<br>Suite 305<br>Washington, DC 20001<br>202-429-2290<br>Fax: 202-4640-1164 | Andrew A. Lemmon<br>**LEMMON LAW FIRM (HAHNVILLE)**<br>15058 River Rd.<br>P. O. Box 904<br>Hahnville, LA 70057<br>985-783-6789<br>Fax: 985-783-1333<br>Email: andrew@lemmonlawfirm.com |

| | |
|---|---|
| Email: gmason@wbmllp.com | |

*Janice Flanary, Ashli Rogers, and Robert Stapleton, on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 1:19-cv-00243 (D. Kansas)*

| | |
|---|---|
| Jeffrey S Goldenberg<br>**GOLDENBERG SCHNEIDER LPA**<br>One West Fourth Street, 18th Floor<br>Cincinnati, OH 45202<br>513-345-8291<br>Fax: 513-345-8294<br>Email: jgoldenberg@gs-legal.com | |

*Janael Sahli and Susan Kindregan, on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 3:19-cv-09239 (D. Kansas)*

| | |
|---|---|
| Charles E. Schaffer<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>215-592-1500<br>Fax: 215-592-4663<br>Email: Cschaffer@lfsblaw.com<br><br>Michael M. Weinkowitz<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>215-592-1500<br>Fax: 215-592-4663<br>Email: mweinkowitz@lfsblaw.com | |

*Lee Skoog, Michelle Black, Tiffany Miller, Barbara Wertman, and Candice Howarth-Gadomski, on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc., Case No. 2:19-cv-01421 (D. Kansas)*

| | |
|---|---|
| Charles E. Schaffer<br>**LEVIN FISHBEIN SEDRAN &** | |

| | |
|---|---|
| **BERMAN**<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>215-592-1500<br>Fax: 215-592-4663<br>Email: Cschaffer@lfsblaw.com | |
| *Counsel for Defendants Hill's Pet Nutrition, Inc. and Hill's Pet Nutrition Sales, Inc.* | |
| Hannah Y. Chanoine<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 326-2128<br>Fax: (212) 326-2061<br>hchanoine@omm.com | |