BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION | MDL No. 2887 |

### INTERESTED PARTY RESPONSE OF PLAINTIFF JOHN MCILVAIN IN SUPPORT OF TRANSFER TO THE EASTERN DISTRICT OF NEW YORK

Plaintiff John McIlvain (Plaintiff) in related case *John McIlvain, on behalf of himself and all others similarly situated v. Hill's Pet Nutrition, Inc.*, Case No. 2:19-cv-00497 (W.D. Pa.), by his undersigned counsel and pursuant to 28 U.S.C. § 1407, respectfully submits this Interested Party Response. Plaintiff agrees with Defendant Hill's Pet Nutrition, Inc. and other plaintiffs that the above-captioned matter should be consolidated into a Multidistrict Litigation. Plaintiff requests that the Panel transfer and consolidate this matter in the Eastern District of New York before the Honorable LaShann DeArcy Hall. Plaintiff joins with plaintiffs in the following actions in advocating for transfer to the Eastern District of New York, and therefore adopts the arguments set forth in their briefs submitted at MDL No. 2887, Docket Nos. 35, 36, and 68.

- *Michael and Jodi Russell v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 3:19-cv-00395 (N.D. Fla.);

- *Kelly Bone et al. v. Hill's Pet Nutrition, Inc. et al.*, Case No. 1:19-cv-00831 (E.D.N.Y.);

- *Lisette Kra v. Hill's Pet Nutrition and Colgate-Palmolive Company.*, Case No. 1:19-cv-01444 (E.D.N.Y.); and,

- *Carole Reed v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 2:19-cv-02225 (E.D.N.Y.).

Furthermore, Plaintiff notes that the plaintiff in related action *Jubinville et al. v. Hill's Pet Nutrition, Inc. et al.*, Case No. 1:19-cv-000074 (D.R.I.) supports transfer of this matter to the Eastern District of New York before Judge Hall as an alternate to the District of Rhode Island. Plaintiff therefore joins with the *Jubinville* plaintiffs with respect to that section of their brief only. *See* MDL No. 2887, Docket No. 41, pp. 7-8.

Date: May 13, 2019                              **Morrow & Artim, PC**

By: */s/Clayton S. Morrow*
    Clayton S. Morrow, Esq.
(PA Attorney I.D. 53521)
304 Ross Street
7th Floor
Pittsburgh, PA 15219
Tel: (412) 823-8003
Fax: (412) 386-3184

Counsel for John McIlvain