# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION | MDL No. 2887 |

## INTERESTED PARTY STATEMENT OF PLAINTIFF SHARON MANIER SUPPORTING CONSOLIDATION AND TRANSFER TO THE EASTERN DISTRICT OF NEW YORK

Plaintiff Sharon Manier (Manier), who has filed the related action in U.S. District Court at *Sharon Manier v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 2:19-cv-04248 (C.D. Cal.), by her undersigned counsel and pursuant to 28 U.S.C. § 1407, submits this Interested Party Statement and respectfully petitions the U.S. Judicial Panel on Multidistrict Litigation to transfer and consolidate In re: Hill's Pet Nutrition, Inc. Dog Food Products Liability Litigation to the Eastern District of New York (E.D.N.Y.) and select the Honorable LaShann DeArcy Hall to preside over pre-trial proceedings.

Manier joins with the plaintiffs at (1) *Lisette Kra v. Hill's Pet Nutrition and Colgate-Palmolive Company.*, Case No. 1:19-cv-01444 (E.D.N.Y.); (2) *Kelly Bone et al. v. Hill's Pet Nutrition, Inc. et al.*, Case No. 1:19-cv-00831 (E.D.N.Y.); (3) *Michael and Jodi Russell v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 3:19-cv-00395 (N.D. Fla.); (4) *Carole Reed v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 2:19-cv-02225 (E.D.N.Y.); and (5) *John McIlvain v. Hill's Pet Nutrition, Inc.*, Case No. 2:19-cv-00497 (W.D. Pa.). The plaintiffs in the aforementioned actions have advocated for transfer to E.D.N.Y, and therefore Manier incorporates by reference the arguments set forth at Docket Nos. 35, 36, 37, 68, and 87.

Manier further adopts a portion of the Interested Party Statement submitted by the plaintiffs at *Jubinville et al. v. Hill's Pet Nutrition, Inc. et al.*, Case No. 1:19-cv-00074 (D.R.I.), who have also petitioned for transfer to E.D.N.Y. before Judge Hall. *See* Docket No. 41, pp. 7-8. Manier further notes that despite initially advocating for the District of Rhode Island as their first choice, the *Jubinville* plaintiffs ultimately indicated that they plan to present oral argument in favor of E.D.N.Y. *See* Docket No. 82.

Date: May 17, 2019

Respectfully Submitted,

GLANCY PRONGAY & MURRAY LLP

By: *s/ Marc L. Godino*
Marc L. Godino
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: mgodino@glancylaw.com

*Attorney For Plaintiff And The Proposed Class And Subclass*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION | MDL No. 2887 |

## **CERTIFICATE OF SERVICE**

Pursuant to JPML Rule 4.1(a), undersigned counsel for Plaintiff Sharon Manier certifies that a copy of her Interested Party Statement has been served via electronic mail upon counsel for defendants Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company upon their counsel of record:

Hannah Y. Chanoine, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
hchanoine@omm.com

Date: May 17, 2019

Respectfully Submitted,

GLANCY PRONGAY & MURRAY LLP

By: *s/ Marc L. Godino*
Marc L. Godino
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: mgodino@glancylaw.com

*Attorney For Plaintiff And The Proposed Class And Subclass*