**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION** | **MDL No. 2887** |

**INTERESTED PARTY STATEMENT OF PLAINTIFF LISA LAVALLE SUPPORTING TRANSFER OF THIS ACTION TO THE EASTERN DISTRICT OF NEW YORK BEFORE THE HONORABLE LASHANN DEARCY HALL**

Plaintiff Lisa LaValle ("Plaintiff") (related case at *Lisa LaValle v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 1:19-cv-02971 (E.D.N.Y.)), pursuant to 28 U.S.C. § 1407 and by her undersigned counsel, respectfully submits this Interested Party Statement.

Plaintiff respectfully requests that the U.S. Judicial Panel on Multidistrict Litigation transfer and consolidate this action in the Eastern District of New York (E.D.N.Y.) before the Honorable LaShann DeArcy Hall. Plaintiff joins with the plaintiffs in the below enumerated actions who have also advocated for transfer to E.D.N.Y. and, therefore, incorporates by reference and adopts their arguments set forth at MDL 2887 Docket Nos. 35, 36, 37, 68, 87, and 92, respectively: (1) *Lisette Kra v. Hill's Pet Nutrition and Colgate-Palmolive Company.*, Case No. 1:19-cv-01444 (E.D.N.Y.); (2) *Kelly Bone et al. v. Hill's Pet Nutrition, Inc. et al.*, Case No. 1:19-cv-00831 (E.D.N.Y.); (3) *Michael and Jodi Russell v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 3:19-cv-00395 (N.D. Fla.); (4) *Carole Reed v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 2:19-cv-02225 (E.D.N.Y.); (5) *John McIlvain v. Hill's Pet Nutrition, Inc.*, Case No. 2:19-cv-00497 (W.D. Pa.); and (6) *Sharon Manier v. Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company*, Case No. 2:19-cv-04248 (C.D. Cal.).[1]

---

[1] Plaintiff also adopts pages 7-8 of the brief submitted by plaintiffs in *Jubinville et al. v. Hill's Pet Nutrition, Inc. et al.*, Case No. 1:19-cv-00074 (D.R.I.), in which they suggest transfer to E.D.N.Y. before Judge Hall as an alternative

Date:   May 22, 2019                    Respectfully Submitted,

                                        **GARDY & NOTIS, LLP**


                                        By: *s/ Jennifer Sarnelli*
                                        James S. Notis
                                        Jennifer Sarnelli
                                        126 East 56th Street, 8th Floor
                                        New York, NY 10022-3613
                                        Telephone: (212) 905-0509
                                        Email: jnotis@gardylaw.com
                                                jsarnelli@gardylaw.com

                                        *Counsel for Plaintiff and the Proposed Classes*

---

to the District of Rhode Island.  *See* Docket No. 41, pp. 7-8.  Subsequent to filing Docket No. 41, the *Jubinville* plaintiffs filed their Notice of Presentation of Oral Argument at Docket No. 82, in which they indicate that they will support centralization in E.D.N.Y.